**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO. 2:26-cv-02122-MSN-tmp** |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| **STONEMOR GP, LLC, aka STONEMOR PARTNERS, L.P., aka STONEMOR TENNESSEE SUBSIDIARY, INC. d/b/a STONEMOR, INC., and d/b/a EVERSTORY PARTNER.** | ) | **JURY DEMAND** |
| | ) | |
| **Defendants.** | | |

---

## NOTICE OF APPEARANCE

---

Plaintiff Equal Employment Opportunity Commission hereby gives notice of the appearance of Faye Williams, Regional Attorney, as Attorney of record in the above-styled action. Gary Sullivan and Donnie Snow will remain as counsel for the Plaintiff in this case.

Respectfully submitted,

*/s/ Faye Williams*
FAYE WILLIAMS
Regional Attorney
TN Bar No. 011730
faye.williams@eeoc.gov

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Memphis District Office
200 Jefferson Ave., Suite 1400
Memphis, TN 38103
(901) 685-4609